

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00274-CV

ELIZABETH A. FLACK-BATIE AND           APPELLANTS
LISA A. BATIE

V.

JON HENNING AND ARDITH           APPELLEES
BECKLEY

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

In accordance with the parties' signed agreement, entitled "Joint Motion And Agreed Order For Dismissal," we set aside without regard to the merits the trial court's judgment and remand this case to the trial court for rendition of judgment in accordance with the agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

------------

[1]*See* Tex. R. App. P. 47.4.

All pending motions are denied as moot.


PER CURIAM


PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  February 10, 2011